UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:     Case No. 6:20-BK-04019-LVV
           Chapter 7

LUISANGEL A. RONDON,

      Debtor.
_____/

**OBJECTION OF WINDERMERE ISLE HOMEOWNERS
ASSOCIATION, INC. TO CHAPTER 7 TRUSTEE'S
MOTION TO APPROVE SHORT SALE OF REAL PROPERTY**

Windermere Isle Homeowners Association, Inc. ("**Association**"), by and through undersigned counsel, objects to the Chapter 7 Trustee's Motion To Approve Short Sale of Real Property ("**Motion**") (Doc. 53) to the extent that the Debtor seeks to avoid paying the Association's secured claim in full from the proceeds of the sale of 13512 Gorgona Isle Dr., Windermere, FL ("**Property**"). In support of the objection the Association states as follows:

1.    The Association has a secured claim against the Property pursuant to the Declaration of Covenants, Conditions, Restrictions and Easements for Windermere Isle and the Claim of Lien recorded in the Official Records of Orange County, Florida, Doc # 20200386412.

2.    The Association's secured claim includes amounts that accrued pre-petition and post-petition and includes interests, costs of collection and attorneys fees. The Association will file an amended claim to reflect the current amount owed prior to the hearing on the Motion.

3. The Court should require that the proceeds from the sale of the Real Property be applied to payment of the Association's secured claim, which the Association believes is consistent with the intent of the Motion. The settlement statement attached to the Motion undervalues the Association's secured claim.

WHEREFORE, the Association objects to the Motion as stated herein.

By: /s/ Karen Cox
Karen Cox, Esquire
Florida Bar No. 456667
kcox@appletonreiss.com
APPLETON REISS, PLLC
215 N. Howard Avenue, Suite 200
Tampa, FL 33606
(813) 542-8888 – Telephone
*Attorneys for Windermere Isle Homeowners Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing documents to the following parties in the manner of service indicated below.

By:/s/ Karen Cox
Attorney

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Cynthia E. Lewis, Esq.
Paul L. Urich, Esq.
John Henry Meininger, III, Esq.
United States Trustee – ORL7/13
Lori Patton, Trustee

**Via first class United States Mail, postage prepaid, to:**

Debtor, Luisangel A. Rondon, 1818 Ridge Valley Street, Clermont, FL 34711